```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 53832
   GLADYS CULBREATH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4491

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/14/2005 and was confirmed 04/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.07% from remaining funds.

     The case was paid in full 12/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
SUPERIOR AIR GROUND AMBU  UNSECURED           887.01            .00         151.23
ECMC                      UNSECURED OTH    18481.94            .00        3156.53
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00            .00             .00
ASSET ACCEPTANCE CORP     UNSECURED          1244.42            .00         212.16
CHASE                     NOTICE ONLY     NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED          3210.58            .00         547.37
CITY OF CHICAGO PARKING   FILED LATE         2240.00            .00             .00
COLLECTION COMPANY OF AM  NOTICE ONLY     NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00             .00
CREDIT BUREAU OF NW ILLI  NOTICE ONLY     NOT FILED            .00             .00
DRESS BARN                UNSECURED       NOT FILED            .00             .00
HORSESHOE CASINO HAMMOND  FILED LATE          307.84            .00             .00
LOYOLA UNIVERSITY MEDICA  UNSECURED       NOT FILED            .00             .00
MCI                       UNSECURED       NOT FILED            .00             .00
MEDICAL BUSINESS OFFICE   UNSECURED       NOT FILED            .00             .00
NATIONWIDE                NOTICE ONLY     NOT FILED            .00             .00
NORWEGIAN AMERICAN HOSPI  FILED LATE          202.49            .00             .00
ROCK FUSCO REYNOLDS & GA  NOTICE ONLY     NOT FILED            .00             .00
UNITED CREDIT ALLIANCE C  NOTICE ONLY     NOT FILED            .00             .00
US CELLULAR               UNSECURED       NOT FILED            .00             .00
VILLAGE RADIOLOGY         UNSECURED       NOT FILED            .00             .00
WEXLER & WEXLER           NOTICE ONLY     NOT FILED            .00             .00
DEUTSCHE BANK NATIONAL T  SECURED NOT I    11885.98            .00             .00
SUPERIOR AIR GROUND       FILED LATE          446.48            .00             .00
SUPERIOR AIR GROUND       FILED LATE          440.53            .00             .00
LEGAL HELPERS PC          DEBTOR ATTY       1,000.00                       1,000.00
TOM VAUGHN                TRUSTEE                                            332.71
DEBTOR REFUND             REFUND                                               4.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 53832 GLADYS CULBREATH
```

```
----------------------------------------------------------------------------
TRUSTEE                                   5,404.00

PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                      4,067.29
ADMINISTRATIVE                                                 1,000.00
TRUSTEE COMPENSATION                                             332.71
DEBTOR REFUND                                                      4.00
                                       ---------------   ---------------
TOTALS                                    5,404.00           5,404.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 05 B 53832 GLADYS CULBREATH